United States District Court
Southern District of Texas
FILED
MAR 2 8 2006
Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED
MAR 2 9 2006
Michael N. Milby, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MALLORY ALEXANDER INTERNATIONAL LOGISTICS, Plaintiff, | § § § § | |
| vs. | § | Civil No. L-05-152 |
| PORTA TECHNOLOGIES, INC. Defendant. | § § § § § § | |

## JUDGEMENT

On December 15, 2005, the Clerk entered the default of the Defendant, Porta Technologies, Inc. (Docket No. 14). Plaintiff's unopposed motion for default judgement, filed February 15, 2006, (Docket No. 16) is now GRANTED. It is, therefore, ORDERED that Plaintiff Mallory Alexander International recover from Porta Technologies the sum of $96.038.38, together with interest at the rate of 4.77 percent per annum until paid in full. Costs are taxed against Defendant. For all of which let execution issue.

DONE at Laredo, Texas this 28th day of March 2006

George P. Kazen
United States District Judge